# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JAMES NEWTON,

    Plaintiff,

v.                               Case No. 5:15cv191/LC/CJK

MS. PARDON, Nurse at
NWFRC Annex,

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Amended Order and Report and Recommendation dated September 28, 2015 (doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The clerk is directed to close the file.

**ORDERED** on this 2nd day of November, 2015.

                                                  s/ *L.A. Collier*
                                                  Lacey A. Collier
                                             Senior United States District Judge